UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER G. WILEY

VERSUS

U.S. DEPT. OF H.H.S.

CIVIL ACTION

NO. 10-250-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated May 13, 2010 (doc. no. 3). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED, without prejudice, for failure to pay the court's filing fee.

Baton Rouge, Louisiana, this 18th day of June, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA